### 14399. MEDDERS *v.* LEWIS.

JENKINS, P. J. Under the answer of the Supreme Court to the controlling question in this case certified to it by this court, the declaration in attachment in the city court of Baxley was filed too late, and the court erred in overruling the defendant's motion to dismiss. *Medders* v. *Lewis,* 158 *Ga.* 417 (123 S. E. 605).

*Judgment reversed. Stephens and Bell, JJ., concur.*
DECIDED AUGUST 13, 1924.

Attachment; from city court of Baxley—Judge Speer. February 14, 1923.

*H. L. Williams,* for plaintiff in error.

*V. E. Padgett,* contra.